Kevin A. Michael, OSB No. 106695  HON. ADRIENNE C. NELSON
Sarah Pozzi, OSB No. 175313
COZEN O'CONNOR
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
Email:  kmichael@cozen.com
        spozzi@cozen.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| QBE INSURANCE CORPORATION, a Pennsylvania Corporation,<br><br>               Plaintiff,<br><br>v.<br><br>TWIN OAKS ENTERPRISES, LLC, an Oregon limited liability company; TWIN OAKS AIRPARK, INC. d/b/a STARK'S TWIN OAKS AIRPARK, an Oregon corporation, NORTHWEST WINGS, LLC, an Oregon limited liability company; ROBERT CRAIG STARK; and BRYAN CHARLES BUSH,<br><br>               Defendants. | NO. 3:23-cv-01441-AN<br><br>**NOTICE OF SETTLEMENT**<br><br>[Clerk's Action Required] |

Pursuant to Local Rule 41-1(a), notice is hereby given that all claims against all parties in this action have been resolved. The Parties agree any trials or other hearings in this matter may be stricken from the Court calendar.

In accordance with Local Rule 41-1(c), the Court may issue a 60-day Order of Dismissal directing the clerk to dismiss this case with prejudice and without costs, and with leave, upon

NOTICE OF SETTLEMENT - 1
#68611762\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

good cause shown within sixty (60) days, to have the order of dismissal set aside and the action reinstated if the settlement is not consummated.

This notice is being filed with the consent of all parties.

DATED this 20th day of February, 2024.

               COZEN O'CONNOR

By   /s/ Kevin A. Michael
Kevin A. Michael, OSB No. 106695
Sarah Pozzi, OSB No. 175313
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Telephone: 206.340.1000
Fax: 206.621.8783
Email  kmichael@cozen.com
         spozzi@cozen.com

*Attorneys for Plaintiff*

NOTICE OF SETTLEMENT - 2
#68611762\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000